IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| NELSON LUCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:04cv00054 |
| v. ) | |
| ) | **ORDER** |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

This action is before this Court on the petition of Plaintiff Nelson Luck ("Plaintiff") for an award of attorney's fees under the provisions of the Equal Access to Justice Act, 28 U.S.C. § 406(b). The Commissioner of Social Security ("Commissioner") has noted her consent to payment of said fees. Therefore, counsel for Plaintiff is hereby awarded attorney's fees in the amount of $11,005.00. The Commissioner is hereby **ORDERED** to pay Plaintiff's counsel $11,005.00 in attorney's fees for work performed in the instant case.

The Clerk is directed to send a certified copy of this order to all counsel of record and to Magistrate Judge B. Waugh Crigler.

ENTERED this 16th day of June, 2006.

                                                                s/Jackson L. Kiser
                                                                Senior United States District Judge